_____

No. 96-2983
_____

United States of America,          *
                                    *
          Appellee,                 *
                                    *   Appeal from the United States
     v.                             *   District Court for the
                                    *   District of South Dakota.
Wesley L. Yellow Horse,             *
                                    *          [UNPUBLISHED]
          Appellant.                *


_____

          Submitted:  November 6, 1996

             Filed:  November 12, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Wesley L. Yellow Horse pleaded guilty to one count of larceny in
violation of 18 U.S.C. §§ 661 and 1153.  At sentencing, the district court[1]
reviewed an extensive list of convictions not used in computing the
criminal history category and determined the category should be V rather
than IV.  Based on a resulting sentencing range of 6 to 12 months, the
court imposed a 12-month prison term.  Yellow Horse appeals, challenging
the upward departure.


     The district court did not abuse its discretion by departing upward
on the basis of Yellow Horse's extensive criminal history, most of which
was excluded from the criminal history calculation because it consisted of
tribal offenses or fell outside the

_____

    [1]The Honorable Richard H. Battey, Chief Judge, United States
District Court for the District of South Dakota.

Guidelines' time limits.  See U.S.S.G. § 4A1.3, p.s. (departure warranted when criminal history category significantly under-represents defendant's criminal history or likelihood of future criminal activity); United States v. Poe, 96 F.3d 333, 334 (8th Cir. 1996) (standard of review); United States v. Andrews, 948 F.2d 448-49 (8th Cir. 1991).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.